

Suite 500
902 Carnegie Center
Princeton, NJ 08540-6531
+1 609 955 3200 Main
+1 609 955 3259 Fax
www.dechert.com

THOMAS P. LIHAN

thomas.lihan@dechert.com
+1 609 955 3205 Direct
+1 609 873 9137 Fax

September 24, 2008

**VIA E-MAIL (BY PERMISSION)**

Hon. Katharine S. Hayden, U.S.D.J.
United States District Court
Martin Luther King Bldg. & U.S. Courthouse
50 Walnut Street, Room 311
Newark, NJ 07101

Re: Endo Pharmaceuticals, et al. v. Actavis South Atlantic LLC
U.S. District Court, District of NJ, Consolidated Case Nos. 08-1563
and 08-3482 (KSH) (PS)

Dear Judge Hayden:

This firm represents Plaintiffs Endo Pharmaceuticals, Inc. and Penwest Pharmaceuticals Co. in the above-entitled matter. Currently pending before Your Honor is Plaintiffs' Motion to Dismiss the Thirteenth Count of Defendant's Counterclaims or in the Alternative for a Stay. The motion is presently returnable October 6, 2008. Defendant Actavis South Atlantic LLC filed its opposition papers on September 22, 2008, and Plaintiffs' reply papers are presently due on September 29.

Because of the number and complexity of issues raised in the Defendant's opposition, Plaintiffs write Your Honor to request a one-week extension of time in which to file their reply papers. This extension would better enable Plaintiffs to address these multifaceted issues and prepare an appropriate reply. Counsel for the Defendant does not oppose our request for this extension of time.

Thank you in advance for Your Honor's consideration of this request.

Respectfully,

Thomas P. Lihan

TPL:kmb

cc: Reese McKnight, Esq. (via email)
Jakob Halpern, Esq. (via email)

So Ordered.

KSHayden USDJ
9/26/08

James J. Marino, Resident Managing Partner

A Pennsylvania Limited Liability Partnership

US Austin Boston Charlotte Hartford New York Newport Beach Philadelphia Princeton San Francisco Silicon Valley Washington DC
EUROPE Brussels London Luxembourg Munich Paris ASIA Hong Kong